James M. Williams (California State Bar No. 271732)
Law Office of James M. Williams
111 Deerwood Rd., Suite 200.
San Ramon, CA 94583
Telephone: (925) 353-8807
Email: jim@jameswilliamslaw.com

Attorney for Plaintiff JCW Capital

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JCW CAPITAL; | No. C 10-02383 CRB |
| Plaintiff | Honorable Charles R. Breyer |
| v. | ~~PROPOSED~~ ORDER |
| TEXAS PRODUCTS, INC;<br>JERRY WEST; MACK COX;<br>MARK LECUYER;<br>PHIL RECHNITZER, | |
| Defendants.<br>_____/ | |

This cause coming on to be heard on the motion of the plaintiff, JCW Capital for the entry of default judgment in its favor and against defendants Texas Products, Inc., Jerry West and Mack Cox for failure to file an answer to the complaint or appropriately defend the complaint, defendants Texas Products, Inc. and Mack Cox having been served with summons on September 17, 2010 and defendant Jerry West having been served with summons on September 23, 2010 respectively, the court having jurisdiction over the parties and the subject matter and being fully advised in the premises:

It is **ORDERED**:

1. An order of default is entered in favor of the plaintiff, JCW Capital and against defendants Texas Products, Inc., Jerry West and Mack Cox with respect to plaintiff's complaint including each count of the complaint for breach of contract.

2. Judgment by default is entered in favor of the plaintiff and against the defendants in the amount of $500,000 plus interest accruing at 16% per annum from the date of November 24, 2008, and costs totaling $9,278.09.

Dated: March 1, 2012



_____
Honorable Charles R. Breyer
United States District

IT IS SO ORDERED
Judge Charles R. Breyer